IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00162–EWN–MJW

ROSALINDA BARNHART, and
LEROY BARNHART,

    Plaintiffs,

v.

AMERICAN FAMILY INSURANCE COMPANY,

    Defendant.

---

## ORDER

---

    Upon consideration of the motion to remand and response thereto, the court finds and concludes that Defendant has not adequately set forth, in its notice of removal or any other paper (prior to the response), an adequate basis for belief that the requisite jurisdictional amount is present here. Accordingly, it is

    ORDERED that the motion to remand (#11) is GRANTED and the case is now remanded to the Adams County (Colorado) District Court. Plaintiff's motion for attorney fees is DENIED.

    Dated this 17th day of March, 2006.

                                   BY THE COURT:

                                   s/ Edward W. Nottingham
                                   EDWARD W. NOTTINGHAM
                                   United States District Judge